# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2019

## NO. 03-18-00657-CV

**Housing Authority of The City of Austin, Appellant**

**v.**

**Ahmed Elbendary, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## VACATED AND DISMISSED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the district court on June 5, 2018. Having reviewed the record, it appears that the trial court lacked subject matter jurisdiction. Therefore, the Court vacates the district court's judgment and dismisses the cause for want of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.